UNITED STATES DISTRICT COURT
FOR
THE EASTERN DISTRICT OF CALIFORNIA

FILED

2005 SEP -8  A 7 47

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
/./ FRESNO

BY_____
DEPUTY

United States of America

vs

Sophia Villalobos

Case No. 05 CR 288 SMS

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has explained to me the nature of the offenses(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The Magistrate Judge has informed me of my right to the assistance of legal counsel.

The Magistrate Judge has informed me of my right to trial, judgment and sentencing before a United States District Judge.

The Magistrate Judge has also advised me of my right to have at least thirty days to prepare for trial.

I HEREBY: Waive (give up) my right to trial, judgment and sentencing before a United States District Judge, and I consent to trial, judgment and sentencing before a United States Magistrate Judge.

Date: 9-7-05

BEFORE: Hon. D. L. Beck
United States Magistrate Judge

_Sophia Villalobos_
Defendant

_____
Defendant's Attorney (if any)

_____ Petty Offense
__X__ Misdemeanor