Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Sophia Villalobos |
| **Docket Number:** | 1:05CR00288-01 SMS |
| **Judicial Officer:** | Honorable Sandra M. Snyder<br>United States Magistrate Judge<br>Fresno, California |
| **Original Sentence Date:** | November 18, 2005 |
| **Original Offense:** | 18 USC 641, Theft of Government Property (CLASS A MISDEMEANOR) |
| **Original Sentence:** | 5 years probation, $16,065.56 restitution, $25 special assessment, and mandatory testing. |
| **Special Conditions:** | 1) Search and seizure; 2) Provide access to financial information; 3) Not incur new credit charges or open additional lines of credit; 4) Drug and alcohol testing; 5) Drug and alcohol counseling; 6) Mental health treatment; 7) Perform 150 hours of community service; 8) Participate in co-payment plan; and 9) Pay special assessment of $25 and restitution of $16,065.56. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 11/18/2005 |
| **Assistant U.S. Attorney:** | Stanley A. Boone | **Telephone:** 559- 497-4000 |
| **Defense Attorney:** | Carrie Leonetti | **Telephone:** 559-497-5561 |
| **Other Court Action:** | |
| **01/31/2006:** | Probation Form 12A filed with the Court, no adverse action recommended based on marijuana. |

RE:  **VILLALOBOS, Sophia**
**Docket Number: 1:05CR00288-01 SMS**

**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community corrections center, Community Sanctions Center, Turning Point, for a period of 7 days in lieu of 150 hours of community service previously imposed by the Court; said placement shall commence on June 22, 2007 pursuant to 18 USC 3563(b) (11).  The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On November 18, 2005, the probationer was sentenced to 5 years probation for Theft of Government Property.  Since the probationer commenced supervision, she has been paying $100 monthly payments toward her restitution obligation of $16,065.56, has remained drug free, and has not committed any new law violations.  Although she has been compliant with most of her supervision conditions, she has not been able to perform 150 hours of community service as ordered by the Court due to medical health issues.  In May 2006, the probationer attempted to perform her hours with Alpha Pregnancy, a nonprofit organization, in Merced, but she was unable to sit for long periods of time.  The probationer has been medically disabled since April 2001.

According to a letter from Robin Arguelles, a nurse practitioner with MFA Medical Group, the probationer suffers from lower back pain and has a history of severe depression and anxiety.  It is her belief that the probationer is physically unable to perform laborious tasks due to her chronic pain.  This officer has attempted to locate other nonprofit organizations that may accommodate her medical needs, but most organizations require physical work or long hours of standing or sitting.

Rev. 02/2004
PROB12AP.MRG

RE:   **VILLALOBOS, Sophia**
      **Docket Number: 1:05CR00288-01 SMS**

**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Therefore, in order to resolve her community service obligation, this officer is recommending the probationer be placed at the Community Sanction Center Turning Point, in Fresno for a period of 7 days.  This placement will provide her 24 hours of credit each day toward the 150 hours of community service hours. The probationer agrees with the recommendation and has signed the "Waiver of Hearing to Modify Conditions of Supervised Release..."

Respectfully submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN**
**United States Probation Officer**
Telephone:  559-499-5972

**DATED:**      June 8, 2007
             Fresno, California
             MKD

**REVIEWED BY:**      /s/ Bruce A. Vasquez
                **BRUCE A. VASQUEZ**
                **Supervising United States Probation Officer**

Rev. 02/2004
PROB12AP.MRG

**RE:   VILLALOBOS, Sophia**
**Docket Number: 1:05CR00288-01 SMS**

**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File

**THE COURT ORDERS:**

(XX)   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

**Dated:    June 18, 2007**            _____ /s/ **Sandra M. Snyder** _____
                                       UNITED STATES MAGISTRATE JUDGE

Rev. 02/2004
PROB12AP.MRG